# Exhibit 2

LAW OFFICES OF FRANK B. MELCHIORE



March 13, 2020                                                                                   MRE/FRE 408 Communication

Matthew P. Allen, Esq.
Miller Canfield
840 West Long Lake Road, Suite 150
Troy, MI 48098

Re: MATTHEW MELLEN vs. UBER, et. al

Dear Mr. Allen:

On behalf of Matthew Mellen, my office along with Attorney Matthew Cooper of Cooper Law, are responding to your March 10th e-mail, and in follow-up to our March 3rd call with Mr. Mellen's Counter-Demand of $1,247,500.00 U.S. dollars.

We look toward hearing from you.

Sincerely,

*Frank B. Melchiore / e.s.*

Frank B. Melchiore
FBM/dns
Attmnt./Encl.
cc. UNARC/grv