# Exhibit 5

STATE OF MICHIGAN
IN THE KALAMAZOO COUNTY CIRCUIT COURT

| | |
|---|---|
| MATT MELLEN,<br><br>  Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., RASIER, LLC, and JASON B. DALTON,<br><br>  Defendants. | Case No. 21-0066-NO<br><br>Hon. Alexander C. Lipsey<br><br>**FILED**<br>AUG 27 2021<br>9TH JUDICIAL CIRCUIT<br>COUNTY OF KALAMAZOO<br>KALAMAZOO, MICHIGAN |

## STIPULATED ORDER TO EXTEND UBER AND RASIER'S TIME TO RESPOND TO COMPLAINT

Plaintiff filed this action and summonses issued for all three defendants on February 18, 2021. This Court extended the summonses for Uber and Rasier to August 18, 2021 by stipulated order entered May 14, 2021. On May 14, 2021, counsel for defendants Uber and Rasier entered appearances limited under MCR 2.117(B)(2)(c) solely to stipulating to extend the summonses for Uber and Rasier, without accepting service of the Complaint or summonses, without waiving any defenses, including those relating to jurisdiction and to compel arbitration, and expressly reserving all defenses, including those relating to jurisdiction and to compel arbitration.

In the meantime, Plaintiff and Defendants Uber and Rasier have been engaging in good-faith discussions through counsel regarding a possible resolution of Plaintiff's claims against Uber and Rasier. Defendants Uber and Rasier were served with the Complaint and summonses on August 13, 2021. In the interest of continuing their discussions of a potential resolution of Plaintiff's claims while conserving the resources of both the Court and the parties, Plaintiff and Defendants Uber and Rasier stipulate to extend Uber and Rasier's time to answer or otherwise respond to the Complaint by 90 days from the deadline established by application of MCR

2.108(A)(1), to December 2, 2021. The appearances of Uber and Rasier's counsel remain limited solely to stipulating to extend the summonses and to extend Uber and Rasier's time to answer or otherwise respond to the Complaint. By entering this stipulation, Uber and Rasier continue to reserve all defenses, including without limitation those relating to jurisdiction, removal, and to compel arbitration, and do not waive any such defenses.

WHEREFORE, IT IS HEREBY ORDERED that the time for Defendants Uber and Rasier to answer or otherwise respond to the Complaint in this action is extended by 90 days from the deadline established by application of MCR 2.108(A)(1), to December 2, 2021.

IT IS SO ORDERED.

_____
Honorable Alexander C. Lipsey
Kalamazoo County Circuit Court Judge

Dated: August 27, 2021

Approved as to form and content:

/s/ Frank B. Melchiore (with consent)
Frank B. Melchiore (P41238)
LAWFM
535 Central Avenue
St. Petersburg, FL 33701
Tel: (727) 822-5900
lawfm1@gmail.com
*Attorneys for Plaintiff*

/s/ Matthew P. Allen
Matthew P. Allen (P57914)
Miller, Canfield, Paddock and Stone PLC
840 W. Long Lake Rd., Ste. 150
Troy, MI 48098
(248) 879-2000
allen@millercanfield.com
*Attorneys for Defendants Uber Technologies, Inc. and Rasier, LLC*

/s/ Matthew R. Cooper (with consent)
Matthew R. Cooper (P43072)
Cooper Law, PLC
134 South Phelps Street
P.O. Box 64
Decatur, MI 49045
(269) 436-8316
matt@vadlawcenter.com
*Attorneys for Plaintiff*

37962297.3/155289.00011