# Exhibit 6

## STATE OF MICHIGAN
## IN THE CIRCUIT COURT FOR THE COUNTY OF KALAMAZOO

MATT MELLEN,

    Plaintiff,

v.

JASON B. DALTON; RASIER, LLC; and
UBER TECHNOLOGIES, INC.,

    Defendants.

Case No. 21-0066-NO

Hon. Alexander C. Lipsey

| | |
|---|---|
| Matthew R. Cooper (P43072)<br>COOPER LAW, PLC<br>134 South Phelps St.<br>P.O. Box 64<br>Decatur, MI 49045<br>(269) 436-8316<br>matt@vadlawcenter.com<br><br>Frank B. Melchiore (P41238)<br>LAWFM<br>535 Central Ave., Ste. 306<br>St. Petersburg, FL 33701<br>(727) 822-5900<br>lawfm1@gmail.com<br><br>*Attorneys for Plaintiff* | Thomas W. Cranmer (P25252)<br>Matthew P. Allen (P57914)<br>James L. Woolard (P77493)<br>MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br>840 W. Long Lake Rd., Ste. 150<br>Troy, Michigan  48098<br>(248) 879-2000<br>cranmer@millercanfield.com<br>allen@millercanfield.com<br>woolard@millercanfield.com<br><br>*Attorneys for Defendants Uber Technologies, Inc. and Rasier, LLC* |

## **DEFENDANTS' NOTICE OF FILING REMOVAL**

PLEASE TAKE NOTICE that Defendants Rasier, LLC and Uber Technologies, Inc. have removed this action to the United States District Court for the Western District of Michigan, Southern Division. A true and correct copy of the Notice of Removal filed with the District Court is attached as **Exhibit 1**.

    Respectfully submitted,

Dated: September 10, 2021

/s/ Matthew P. Allen
Thomas W. Cranmer (P25252)
Matthew P. Allen (P57914)
James L. Woolard (P77493)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

840 W. Long Lake Rd., Ste. 150
Troy, Michigan  48098
(248) 879-2000
cranmer@millercanfield.com
allen@millercanfield.com
woolard@millercanfield.com

*Attorneys for Defendants Uber Technologies, Inc. and Rasier, LLC*

37475930.1/155289.00011

2