UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATT MELLEN,

       Plaintiff,                             Case No. 1:21–cv–784

v.                                    Hon. Hala Y. Jarbou

JASON B. DALTON, et al.,

       Defendants.
_____/

**NOTICE REGARDING ASSIGNMENT OF CASE
AND NOTICE OF DEFICIENCY**

      NOTICE is hereby given that the above–captioned case was removed from Kalamazoo County Circuit Court, and electronically filed in this court on September 10, 2021 .   The case has been assigned to Hala Y. Jarbou .
     The filing party has failed to submit the filing fee as required by 28 U.S.C. § 1914(a) and W.D.Mich.LCivR 5.7(c). The filing fee must be paid electronically, by credit card, or a motion for leave to proceed *in forma pauperis* must be filed, at the time the initial pleading is electronically submitted.  **The 402.00 filing fee or the IFP motion is due immediately**. Failure to comply may result in dismissal of the action.  To pay by credit card, log in to CM/ECF. Click *Civil* on the blue menu bar, and under the *Fees, Make a Payment* section, select the *Filing Fee (Civil Case) – Credit Card Payment* event.  For further information, see the reference materials available on the court website.
      The filing party has failed to submit a **corporate disclosure statement** as required by FRCP 7.1.  Counsel is required to file this form, even if there is no corporate affiliation to disclose, for every corporate party. A form for this purpose is available on the court website at www.miwd.uscourts.gov.

                                                    CLERK OF COURT

Dated:  September 13, 2021      By:   /s/ J. Manders_____
                                                          Deputy Clerk