**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MATT MELLEN,

    Plaintiff,

v.

JASON B. DALTON; RASIER, LLC; and
UBER TECHNOLOGIES, INC.,

    Defendants.

Case No. 21-cv-784

Hon. Hala Y. Jarbou

Mag. Judge Ray Kent

| | |
|---|---|
| Matthew R. Cooper (P43072)<br>COOPER LAW, PLC<br>134 South Phelps St.<br>P.O. Box 64<br>Decatur, MI 49045<br>(269) 436-8316<br>matt@vadlawcenter.com<br><br>Frank B. Melchiore (P41238)<br>LAWFM<br>535 Central Ave., Ste. 306<br>St. Petersburg, FL 33701<br>(727) 822-5900<br>lawfm1@gmail.com<br><br>*Attorneys for Plaintiff* | Thomas W. Cranmer (P25252)<br>Matthew P. Allen (P57914)<br>James L. Woolard (P77493)<br>MILLER, CANFIELD, PADDOCK AND<br>STONE, P.L.C.<br>840 W. Long Lake Rd., Ste. 150<br>Troy, Michigan  48098<br>(248) 879-2000<br>cranmer@millercanfield.com<br>allen@millercanfield.com<br>woolard@millercanfield.com<br><br>*Attorneys for Defendants Uber Technologies,<br>Inc. and Rasier, LLC* |

## NOTICE OF APPEARANCE OF THOMAS W. CRANMER

Thomas W. Cranmer enters his appearance in this matter on behalf of Defendants Uber Technologies, Inc. ("Uber") and Rasier, LLC ("Rasier").  This appearance shall not be deemed to be a waiver of any rights or defenses that may be available to Uber or Rasier under common law, statutes, the U.S. Constitution, or the Federal Rules of Civil Procedure, including without limitation the defense that the Plaintiff's claims are subject to mandatory arbitration and all other defenses relating to jurisdiction. By filing this Notice of Appearance, Uber and Rasier do not enter

general appearances and do not consent to proceeding in this Court other than to seek an order compelling arbitration and dismissing the case.

Respectfully submitted,

Dated: September 15, 2021

/s/ Thomas W. Cranmer
Thomas W. Cranmer (P25252)
Miller, Canfield, Paddock and Stone, PLC
840 W. Long Lake Rd., Ste. 150
Troy, Michigan 48098
(248) 879-2000
cranmer@millercanfield.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2021 I caused the foregoing *Notice of Appearance of Thomas W. Cranmer* to be electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

Dated: September 15, 2021              /s/Michelle M. Lingenfelter

38139244.1/155289.00011