UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Matt Mellen

        Plaintiff(s),

v.

Rasier, LLC, and Uber Technologies, Inc.,

        Defendant(s).
_____/

Case No. 21-cv-00784

Hon. Hala Y. Jarbou

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, __Uber Technologies, Inc.__ (Party Name) makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☑ Yes ☐ No

2. Does party have any parent corporations? ☐ Yes ☑ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
   If yes, identify entity and nature of interest:

Date: December 16, 2021

/s/ Matthew P. Allen
(Signature)
Matthew P. Allen (P57914)
Miller, Canfield, Paddock and Stone, PLC
840 W. Long Lake Rd., Ste. 150
Troy, Michigan 48098
(248) 879-2000
allen@millercanfield.com