## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

MATT MELLEN,

      Plaintiff,

Case No. 21-cv-784

v.

Hon. Jane M. Beckering

JASON B. DALTON; RASIER, LLC; and
UBER TECHNOLOGIES, INC.,

Mag. Judge Ray S. Kent

      Defendants.

| | |
|---|---|
| Matthew R. Cooper (P43072)<br>COOPER LAW, PLC<br>134 South Phelps St.<br>P.O. Box 64<br>Decatur, MI 49045<br>(269) 436-8316<br>matt@vadlawcenter.com | Thomas W. Cranmer (P25252)<br>Matthew P. Allen (P57914)<br>James L. Woolard (P77493)<br>MILLER, CANFIELD, PADDOCK AND<br>STONE, P.L.C.<br>840 W. Long Lake Rd., Ste. 150<br>Troy, Michigan  48098<br>(248) 879-2000 |
| Frank B. Melchiore (P41238)<br>LAWFM<br>535 Central Ave., Ste. 306<br>St. Petersburg, FL 33701<br>(727) 822-5900<br>lawfm1@gmail.com | cranmer@millercanfield.com<br>allen@millercanfield.com<br>woolard@millercanfield.com<br><br>*Attorneys for Defendants Uber Technologies, Inc. and Rasier, LLC* |
| *Attorneys for Plaintiff* | |

## <u>STIPULATED ORDER LIFTING STAY AND DISMISSING CASE WITH PREJUDICE</u>

      The Court having been advised that this matter has settled, and pursuant to the stipulation of the parties, the stay entered on April 11, 2022 (PageID.414) is lifted and this case is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

      **SO ORDERED**.

Dated: March 10, 2023

                          _____
                          Hon. Jane M. Beckering
                          United States District Judge

Stipulated to by:

/s/ Matthew R. Cooper (with consent)
Matthew R. Cooper (P43072)
COOPER LAW, PLC
134 South Phelps St.
P.O. Box 64
Decatur, MI 49045
(269) 436-8316
matt@vadlawcenter.com

/s/ Frank B. Melchiore (with consent)
Frank B. Melchiore (P41238)
LAWFM
535 Central Ave., Ste. 306
St. Petersburg, FL 33701
(727) 822-5900
lawfm1@gmail.com

*Attorneys for Plaintiff*


Dated: March 10, 2023

/s/ James L. Woolard
Thomas W. Cranmer (P25252)
Matthew P. Allen (P57914)
James L. Woolard (P77493)
MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.
840 W. Long Lake Rd., Ste. 150
Troy, Michigan  48098
(248) 879-2000
cranmer@millercanfield.com
allen@millercanfield.com
woolard@millercanfield.com

*Attorneys for Defendants Uber Technologies,
Inc. and Rasier, LLC*

40189834.1/155289.00011