# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MATT MELLEN,

    Plaintiff,

v.

JASON B. DALTON; RASIER, LLC; and UBER TECHNOLOGIES, INC.,

    Defendants.

Case No. 21-cv-784

Hon. Jane M. Beckering

Mag. Judge Ray S. Kent

---

| | |
|---|---|
| Matthew R. Cooper (P43072)<br>COOPER LAW, PLC<br>134 South Phelps St.<br>P.O. Box 64<br>Decatur, MI 49045<br>(269) 436-8316<br>matt@vadlawcenter.com<br><br>Frank B. Melchiore (P41238)<br>LAWFM<br>535 Central Ave., Ste. 306<br>St. Petersburg, FL 33701<br>(727) 822-5900<br>lawfm1@gmail.com<br><br>*Attorneys for Plaintiff* | Thomas W. Cranmer (P25252)<br>Matthew P. Allen (P57914)<br>James L. Woolard (P77493)<br>MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br>840 W. Long Lake Rd., Ste. 150<br>Troy, Michigan  48098<br>(248) 879-2000<br>cranmer@millercanfield.com<br>allen@millercanfield.com<br>woolard@millercanfield.com<br><br>*Attorneys for Defendants Uber Technologies, Inc. and Rasier, LLC* |

---

## STIPULATED ORDER LIFTING STAY AND DISMISSING CASE WITH PREJUDICE

The Court having been advised that this matter has settled, and pursuant to the stipulation of the parties, the stay entered on April 11, 2022 (PageID.414) is lifted and this case is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

    **SO ORDERED**.

Dated: March 10, 2023                    /s/ Jane M. Beckering_____
                                                   Hon. Jane M. Beckering
                                                   United States District Judge

Stipulated to by:

/s/ Matthew R. Cooper (with consent)
Matthew R. Cooper (P43072)
COOPER LAW, PLC
134 South Phelps St.
P.O. Box 64
Decatur, MI 49045
(269) 436-8316
matt@vadlawcenter.com

/s/ Frank B. Melchiore (with consent)
Frank B. Melchiore (P41238)
LAWFM
535 Central Ave., Ste. 306
St. Petersburg, FL 33701
(727) 822-5900
lawfm1@gmail.com

*Attorneys for Plaintiff*

/s/ James L. Woolard
Thomas W. Cranmer (P25252)
Matthew P. Allen (P57914)
James L. Woolard (P77493)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
840 W. Long Lake Rd., Ste. 150
Troy, Michigan  48098
(248) 879-2000
cranmer@millercanfield.com
allen@millercanfield.com
woolard@millercanfield.com

*Attorneys for Defendants Uber Technologies, Inc. and Rasier, LLC*

Dated: March 10, 2023

40189834.1/155289.00011